DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO BETANCOURT,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2102

[December 2, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; William L. Roby, Judge; L.T. Case No. 562000CF000102A.

Mario Betancourt, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***